# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YENIS ESPINAH, AND ALL OTHERS SIMILARLY SITUATED,**

          **Plaintiffs,**

**-vs-**                                      **Case No.  6:13-cv-532-Orl-28KRS**

**THRIFTY SPECIALTY PRODUCE OF PALM BAY, INC.,**

          **Defendant.**

_____

# ORDER

This case is before the Court on the Joint Motion and Stipulation for Approval of Settlement Agreement (Doc. No. 19) filed July 9, 2013.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 16, 2013 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

3. The Joint Motion and Stipulation for Approval of Settlement Agreement is **GRANTED**.

    4.    Counsel for Plaintiff is prohibited from withholding any amounts payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise.

    5.    Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

    6.    This case is dismissed with prejudice.

    7.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of August, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record